## NICHOLS v. SMITH.

(Opinion filed January 25, 1905.)

Appeal from circuit court, Lawrence county; Hon. W. G. RICE, Judge.

Action by Thomas B. Nichols against Seth R. Smith. From a judgment for plaintiff, defendant appeals. Affirmed.

*Thos. L. Redlon* and *Martin & Mason,* for appellant.

*Joseph B. Moore,* for respondent.

PER CURIAM. As this case presents identically the same question as that decided at this term in Barron v. Smith, 19 S. D. 50, 101 N. W. 1105, and was submitted on the same abstract and briefs, the judgment of the trial court, on that authority, is affirmed.

## CLARKE v. ZOELLNER *et al.*

(Opinion filed February 21, 1905.)

Appeal from circuit court, Lawrence county; Hon. W. G. RICE, Judge.

Action by M. C. Clarke, as receiver of the American Savings & Loan Association, against Charles I. Zoellner and others. From a judgment for defendants, and from an order denying a new trial, plaintiff appeals. Affirmed.

*Frawley & Frawley,* for appellant.

*McLaughlin & Ogden,* for respondents.